FORM **W-2 Wage and Tax Statement**
Copy C For EMPLOYEE'S RECORDS (See notice on back of Copy 2)

...pt. of the Treasury • Internal Revenue Service
This information is be... furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns.
If you worked in multiple locations, or had several forms of special compensation, you may receive more than one of these documents.

All four copies of your W-2 are on this page, separated by perforations. The white copies are for your tax returns; the blue copy is for your records. General instructions for these forms, including an explanation of the letter codes used in box 12, are printed on the reverse side of this page.

To the right is information which shows your total wages by W-2 box and the amount of any deferred compensation and /or other pretax deductions that were subtracted from total wages to arrive at your W-2 wages.

| | Total Wages | Deferred | Comp | Other Pretax | W-2 Wages |
|---|---|---|---|---|---|
| Federal Box 1 | 48,200.00 | | 0.00 | 13,808.43 | 34,391.57 |
| Soc. Sec. Box 3 | 48,200.00 | | 0.00 | 13,808.43 | 34,391.57 |
| Medicare Box 5 | 48,200.00 | | 0.00 | 13,808.43 | 34,391.57 |
| State Box 16 | 48,200.00 | | 0.00 | 13,808.43 | 34,391.57 |
| Local Box 18 | | | | | |

| A. Employee's social security number 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 | OMB No.1545-0008 | 1 Wages, tips, other compensation 34,391.57 | 2 Federal income tax withheld 3,746.66 |
|---|---|---|---|
| B. Employer identification number 20-2140213 | D. Control number 9 10 | 3 Social security wages 34,391.57 | 4 Social security tax withheld 2,132.28 |
| C. Employer's name, address, and ZIP code Alure Sunrooms LLC 1 Commercial Court Plainview, NY 11803   B725D 41 11570 | | 5 Medicare wages and tips 34,391.57 | 6 Medicare tax withheld 498.68 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 9 Advance EIC payment | 10 Dependent care benefits |
| E. Employee's name, address, and ZIP code STEVEN SOLOVAY 37 SPRING MEADOW DRIVE KINGS PARK, NY 11754 | | 11 Nonqualified plans | 12 a-d See instructions for box 12 |
| | | 14 Other NY DI   31.20 | |
| | | | 13 ☐ Statutory employee ☐ Retirement plan ☐ Third-party sick pay |

| 15 State NY | Employer's state ID number 202140213 | 16 State wages, tips, etc. 34,391.57 | 17 State income tax 1,279.24 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

FOLD AND TEAR ALONG PERFORATION

| A. Employee's social security number 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 | OMB No.1545-0008 | 1 Wages, tips, other compensation 34,391.57 | 2 Federal income tax withheld 3,746.66 |
|---|---|---|---|
| B. Employer identification number 20-2140213 | D. Control number 9 10 | 3 Social security wages 34,391.57 | 4 Social security tax withheld 2,132.28 |
| C. Employer's name, address, and ZIP code Alure Sunrooms LLC 1 Commercial Court Plainview, NY 11803   B725D 41 11570 | | 5 Medicare wages and tips 34,391.57 | 6 Medicare tax withheld 498.68 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 9 Advance EIC payment | 10 Dependent care benefits |
| E. Employee's name, address, and ZIP code STEVEN SOLOVAY 37 SPRING MEADOW DRIVE KINGS PARK, NY 11754 | | 11 Nonqualified plans | 12 a-d See instructions for box 12 |
| | | 14 Other NY DI   31.20 | |
| | | | 13 ☐ Statutory employee ☐ Retirement plan ☐ Third-party sick pay |

| 15 State NY | Employer's state ID number 202140213 | 16 State wages, tips, etc. 34,391.57 | 17 State income tax 1,279.24 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy 2 To be filed with Employee's STATE, CITY or LOCAL tax return
Form **W-2 Wage And Tax Statement**    2009    Department of the Treasury - Internal Revenue Service

FOLD AND TEAR ALONG PERFORATION

| A. Employee's social security number 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 | OMB No.1545-0008 | 1 Wages, tips, other compensation 34,391.57 | 2 Federal income tax withheld 3,746.66 |
|---|---|---|---|
| B. Employer identification number 20-2140213 | D. Control number 9 10 | 3 Social security wages 34,391.57 | 4 Social security tax withheld 2,132.28 |
| C. Employer's name, address, and ZIP code Alure Sunrooms LLC 1 Commercial Court Plainview, NY 11803   B725D 41 11570 | | 5 Medicare wages and tips 34,391.57 | 6 Medicare tax withheld 498.68 |
| | | 7 Social security tips | 8 Allocated tips |
| | | 9 Advance EIC payment | 10 Dependent care benefits |
| E. Employee's name, address, and ZIP code STEVEN SOLOVAY 37 SPRING MEADOW DRIVE KINGS PARK, NY 11754 | | 11 Nonqualified plans | 12 a-d See instructions for box 12 |
| | | 14 Other NY DI   31.20 | |
| | | | 13 ☐ Statutory employee ☐ Retirement plan ☐ Third-party sick pay |

| 15 State NY | Employer's state ID number 202140213 | 16 State wages, tips, etc. 34,391.57 | 17 State income tax 1,279.24 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy 2 To be filed with Employee's STATE, CITY or LOCAL tax return
Form **W-2 Wage And Tax Statement**    2009    Department of the Treasury - Internal Revenue Service

FOLD AND TEAR ALONG PERFORATION